

## NUMBER 13-21-00025-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

**IN RE JERRY GONZALEZ JR., INDIVIDUALLY
AND IN HIS COMMON OR ASSUMED NAME AND D/B/A
GUN BARREL ENERGY, GUN BARREL ENERGY, INDIVIDUALLY
AND IN ITS COMMON OR ASSUMED NAME, AND
GILBERT GONZALEZ**

---

## On Petition for Writ of Mandamus.

---

## ORDER

**Before Chief Justice Contreras and Justices Hinojosa and Silva
Order Per Curiam**

Relators Jerry Gonzalez Jr., individually and in his common or assumed name and d/b/a Gun Barrel Energy, Gun Barrel Energy, individually and in its common or assumed name, and Gilbert Gonzalez filed a petition for writ of mandamus in the above cause on January 20, 2021. Relators request this Court to issue a writ of mandamus ordering "the trial court to (1) vacate its orders quashing [their] subpoenas and granting a motion for protective order; and (2) grant [r]elators' motion to compel the discovery requests to

permit the [r]elators' discovery as set out in the depositions on written questions and accompanying subpoenas for records."  Relators have also filed a motion for temporary relief through which they seek to stay the trial of this matter which is currently set to commence on March 15, 2021.

The Court, having examined and fully considered the motion for temporary relief, is of the opinion that it should be carried with the case. *See* TEX. R. APP. P. 52.10(b). The Court requests that the real party in interest, Juan Guardiola, or any others whose interest would be directly affected by the relief sought, including but not limited to CareFor PA, Donald Baxter, M.D., Saquib A. Siddiqui, M.D., and The Spine Center, P.A., file a response to the petition for writ of mandamus and motion for temporary relief on or before the expiration of seven days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed on the
21st day of January, 2021.

2